Vinesign Document ID: 50ED4F29-1728-4377-A663-A30A476D6259

Exhibit A - Complaint

**CONSENT TO JOIN**
**PURSUANT TO 29 U.S.C. §216(b)**

1. I, James Lance, hereby consent and agree and opt-in to become a plaintiff collective member in a lawsuit or arbitration brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq.* against my current/former employer. I.D. Images, LLC and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives.

2. I hereby agree to be bound by any adjudication of this action by the Court or arbitrator, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by the Representative Plaintiff and my attorneys. I also understand that settlement may be subject to approval by the Court or an arbitrator, to which I similarly agree to be bound.

DATE: 08/12/2025 SIGNATURE: ____________________

James Lance
PRINTED NAME

The signed document can be validated at https://app.vinesign.com/Verify